IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SHANNON GANSTINE**                                                              **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 1:23-cv-4-TBM-RPM**

**PREMIER ENTERTAINMENT BILOXI LLC**
**d/b/a HARD ROCK HOTEL & CASINO BILOXI**
**AND JOHN DOES 1-10**                                                       **DEFENDANTS**

## JUDGMENT OF DISMISSAL

The parties have agreed to, and announced to the Court, a resolution of this case. The

Court desires that this matter be finally closed on its docket.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is hereby DISMISSED

WITH PREJUDICE as to all parties, with each party to bear its own costs. The Court will retain

jurisdiction over this lawsuit for the purpose of enforcing any agreement governing the resolution

and dismissal.

This the 29th day of November, 2023.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE